IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA



Donald Tangwall,

      Petitioner.

Vs.                                       Case No:

Bankruptcy Trustee Larry Compton;
Cabot Christianson, Attorney for Larry
Compton; Bankruptcy Judge Gary Spraker;
Bankruptcy Judge Fred Corbit; Kay Hill, Anchorage
Trustee Office; Mark Weber, United States Trustee
Office, Seattle, Washington.

## PETITION FOR SUPERINTENDING CONTROL

COMES NOW the Petitioner, Donald Tangwall, and shows his petition as follows:

1. The Petitioner, Donald Tangwall is a debtor in bankruptcy case number 11-00939.

2. Donald Tangwall, in his capacity as Trustee of the Toni 1 Trust, is a party in Margaret Bertran's bankruptcy case number 12-00501. See affidavit of Cabot Christianson attached as Exhibit A.

3. Bankruptcy Trustee Larry Compton made application to employ Cabot Christianson on December 14, 2012, before Judge Gary Spraker. See attached Exhibit B.

4. On December 14, 2012, Judge Gary Spraker authorized reassigning the case from himself to Herbert Ross. See attached Exhibit C.

5. On December 14, 2012, Herbert Ross authorized Cabot Christianson to be attorney for Trustee Larry Compton. See attached Exhibit D.

6. All actions taken by Judge Gary Spraker were done at a time when Judge Spraker was still a law partner of Cabot Christianson in the Christian/Spraker partnership. All actions taken by Judges Spraker, Ross, Trustee Compton and Cabot Christianson are a clear violation of 11 USC Section 327. See attached Exhibit E.

7. Christianson and Spraker have been joined at the hip for decades. See attached Exhibits F, G, H.

8. Ninth Circuit Court of Appeals has stated in numerous cases, "...even the appearance of prejudice and bias to an average bystander is not permitted." Certainly the documents show bias and prejudice.

9. I met Judge Ross for the first time in June of 2016, when I attended a hearing in front of him. At that time, I objected to the jurisdiction, subject matter and personal, over the Toni 1 Trust. Judge Ross looked at me, stood up, turned around and left the courtroom without saying a word. Prior to his death, on February 16, 2017, Judge Ross kept a lid on the bias and prejudice of Compton's lawyer Christianson and his law partner Gary Spraker. I believe Judge Ross to be a good man with a conscience and I will always remember his death as it happened on my birthday. At the time of Judge Ross's death Compton and Christianson were prosecuting Tangwall for being a vexatious litigant. Judge Spraker once again appears after Judge Ross's death and appoints Judge Frederick Corbit. Shortly after being appointed, Judge Corbit declares Tangwall a vexatious litigant and, in a broad order, specifically states any and all of Tangwall's "entities" are also deemed vexatious thus quite handily tying everyone's hands in the Court. He then proceeds to deny all of Tangwall's pending motions without finding of facts and conclusions of law. How is it that Tangwall can be held to be a vexatious litigant by simply standing up for his rights to object to jurisdiction of the Court?

10. The actions of Spraker, Corbit, Ross, Christianson and Compton smack of collusion. Alarmed by inappropriate behavior of Trustee Compton some of Tangwall's "entities" wrote letters to the United States Trustee Mark Weber and to Kay Hill of the Trustees Office based in Anchorage, Alaska as instructed by the United States Bankruptcy Office in Washington D.C. This input fell on deaf ears. See Exhibits I and J.

WHEREFORE, this Court needs to take control of the two bankruptcy estates referenced above and order an investigation or such other remedy as this Court deems just.

Donald Tangwall
PO Box 140118
Salcha, Alaska 99714